# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2926
_____

HEATH KRAMER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

June 22, 2026

PER CURIAM.

AFFIRMED.

ROWE, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

W. Charles Fletcher of the Law Office of W. Charles Fletcher, Jacksonville, for Appellant.

James Uthmeier, Attorney General, and Julian E. Markham, III, Assistant Attorney General, Tallahassee, for Appellee.